# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## Case No.

MINEOLA HOLDINGS INC.,
    a British Virgin Islands
     corporation,

        Plaintiff,

v.

STONEY BROOK FINANCING
     PARTNERSHIP, LTD., a
     Florida limited partnership and
     STONEY BROOK APARTMENTS
     LIMITED PARTNERSHIP, a
     Florida limited partnership,

        Defendants
_____/

## COMPLAINT TO IMPOSE CHARGING LIEN AND TO FORECLOSE LIEN ON PARTNERSHIP INTEREST

Mineola Holdings Incorporated ("Mineola") sues Stoney Brook Financing Partnership, Ltd. ("Stoney Brook") and Stoney Brook Apartments Limited Partnership ("Apartments"), and says:

## PARTIES

1. Mineola is a corporation organized and existing under the laws of the British Virgin Islands with its principal place of business located in Tortola, British Virgin Islands.

1

**PAYTON & ASSOCIATES, LLC**
2 S. Biscayne Boulevard, Suite 2300, Miami, FL 33131  Tel. 305-372-3500

2. Stoney Brook is a limited liability company organized and existing under the laws of the State of Florida, with its principal place of business located at 315 E. Robinson Street, Suite 600, Orlando, Florida. Stoney Brook was administratively dissolved on September 28, 2018.

3. Apartments is a limited partnership organized and existing under the laws of the State of Florida, with its principal place of business located at 315 E. Robinson Street, Suite 600, Orlando, Florida. Apartments was administratively dissolved September 22, 2017.

4. Upon information and belief the citizenship of the plaintiff and the members and partners of the defendants is diverse.

## VENUE AND AMOUNT IN CONTROVERSY

5. Venue is proper in this district because the defendants reside here and the operative agreement between the parties sets venue of any action in Orange County, Florida and waives jurisdiction in any other forum.

6. The amount in controversy exceeds $2,465,000.00 exclusive of costs, interest and attorneys' fees.

## GENERAL ALLEGATIONS

7. On or about October 30, 2015, Stoney Brook borrowed $2,465,000.00 from Birchwood Development Corp., a Panamanian corporation. The loan was evidenced by a promissory note.

2

8. On or about October 30, 2015, Stoney Brook executed a certain Collateral Assignment of Partnership Interest in favor of Birchwood Development Corp., collaterally assigning its interest in Stoney Brook Apartments Limited Partnership, of which it held an interest slightly in excess of 71 percent. A copy of the Collateral Assignment is attached as Exhibit "A."

9. On or about October 30, 2015, Birchwood Development assigned the promissory note, Collateral Assignment of Partnership Interest and other loan documents to Mineola.

10. Stoney Brook defaulted on the promissory note by failing to make the interest payment due April 1, 2019, and every interest payment due thereafter.

11. Stoney Brook failed to pay the note and accrued interest on maturity, the same being October 30, 2020.

12. On or about October 30, 2020, Mineola, through its counsel, made a demand upon Stoney Brook and Stoney Brook Apartments Limited Partnership to forward all future partnership distributions to Stoney Brook to Mineola in accordance with the terms of the Collateral Assignment. Mineola did not receive a response to that demand.

13. Mineola has engaged the undersigned firm of attorneys and has agreed to pay the said firm a reasonable fee for its services. Mineola's recovery of attorney fees is provided for in paragraph 18 of the Collateral Assignment.

## COUNT I
## Imposition of Charging Lien

Mineola sues Stoney Brook and Apartments and re-alleges paragraphs 1 through 13, and further alleges:

14.  This is an action to impose a charging lien on distributions by Apartments to Stoney Brook.

15.  Stoney Brook's failure to pay the note and accrued interest when due has caused damage to Mineola.

16.  The Collateral Assignment provides upon default of the note or Collateral Assignment and demand upon Apartments, Apartments is obligated to distribute, transfer, pay and deliver all distributions to the assignee of the Collateral Assignment.

Wherefore, Mineola demands judgment for damages and the imposition of a charging lien on the interest of Stony Brook Financing Partnership, Ltd. in Stoney Brook Apartments Limited Partnership, together with an award of fees and costs and such other and further relief as this court deems meet and just.

## COUNT II
## Foreclosure Of Charging Lien

Mineola sues Stoney Brook and Apartments and re-alleges paragraphs 1 through 13, and further alleges:

17. This is an action to foreclose a charging lien granted to Mineola.

18. The Collateral Assignment provides for the disposition of Stoney Brooks' interest in Apartments upon Stoney Brooks' default.

Wherefore, Mineola demands that an accounting be taken under the direction of the court of Stoney Brooks' indebtedness to Mineola; that Stoney Brook be ordered to satisfy the indebtedness within a short time certain; that in default of such payment the court order Stoney Brooks' interest in Apartments be sold under the direction of the court; that out of the proceeds of sale Mineola be paid; and, that a deficiency judgment be entered, if applicable; that the court award Mineola its attorneys' fees and cost and costs of sale and grant such other and further relief as is meet and just.

Dated: November 10, 2020.

**PAYTON & ASSOCIATES, LLC**
*Attorneys for Mineola Holdings Inc.*
2 S. Biscayne Boulevard
Suite 2300
Miami, FL 33131
Tel. 305.372.3500
Email:  payton@payton-law.com
  mohorcic@apayton-law.com
  smorejon@payton-law.com

By:  */s/ Harry A. Payton, Esq., B.C.S.*
  Harry A. Payton, Esq., B.C.S.
  Trial Counsel
  Fla. Bar No. 097527
  Susan Mohorcic, Esq.
  Fla. Bar. No. 597015